# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KEVIN D. LACOUR

VERSUS

TRACY CATHERINE TOUPS-LACOUR

CONSOLIDATED WITH

TRACY TOUPS LACOUR

VERSUS

KEVIN D. LACOUR

NO.   2024 CU 0215

CONSOLIDATED WITH

NO.   2024 CU 0216

**MAY 21, 2024**

---

In Re:    On motion of Kevin D. LaCour, for reinstatement of appeal, 22nd Judicial District Court, Parish of St. Tammany, No. 2022-12427 c/w 2022-12485.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

   **MOTION   FOR   REINSTATMENT   OF   APPEAL   GRANTED;   APPEAL REINSTATED**.   We hereby reinstate the appeal.   This court has received a compliant appellant's brief, and we instruct this court's Clerk's Office to file the appellant's brief this date. We further instruct this court's Clerk's Office to issue an appellee briefing schedule.   If applicable, appellant must file separate motions for reinstatement of the right to oral argument and the right to file a reply brief.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT